UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GOLDMAN SACHS & CO.,

                Plaintiff,

-v-

GOLDEN EMPIRE SCHOOLS FINANCING
AUTHORITY, *et al.*,

                Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-12-12
```

No. 12 Civ. 4558 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On October 11, 2012, Defendants notified the Court that they will be unavailable on Friday, December 14, 2012 for oral argument. Accordingly, IT IS HEREBY ORDERED THAT oral argument on Plaintiff's motion for a preliminary injunction will instead occur on Friday, January 11, 2012 at 10:00 a.m.

SO ORDERED.

Dated:       October 12, 2012
               New York, New York

                                               RICHARD J. SULLIVAN
                                             UNITED STATES DISTRICT JUDGE