UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



GOLDMAN SACHS & CO.,

                Plaintiff,

-v-

GOLDEN EMPIRE SCHOOLS FINANCING
AUTHORITY, *et al.*,

                Defendants.

No. 12 Civ. 4558 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

     In its February 8, 2013 Memorandum and Order, the Court ordered the parties to the above-captioned action to submit a joint letter no later than February 28, 2013 apprising the Court of the next contemplated steps in this action. The Court also ordered the parties to submit a proposed case management plan by that date. However, the Court has not received any such submissions. Accordingly, IT IS HEREBY ORDERED THAT the parties shall submit a joint letter no later than April 12, 2013 outlining the next contemplated steps in this case. IT IS FURTHER ORDERED THAT the parties shall submit a proposed case management plan no later than April 12, 2013. A template can be found at http://nysd.uscourts.gov/cases/show.php?db=judge_info&id=347.

SO ORDERED.

Dated:    April 4, 2013
            New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE