UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03.19.15
```

GOLDMAN, SACHS & CO.,

      Plaintiff,

-v-

GOLDEN EMPIRE SCH. FIN. AUTH., *et al.*,

      Defendants.

No. 12-cv-4558 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

  On February 8, 2013, the Court issued a Memorandum and Order granting Plaintiff's motion for a preliminary injunction. (Doc. No. 38.) On March 5, 2013, Defendants filed a notice of interlocutory appeal. (Doc. No. 39.) On April 10, 2013, the Court stayed proceedings in this matter pending resolution of Defendants' appeal. (Doc. No. 44.) On March 18, 2015, the Second Circuit issued a mandate affirming this Court's Order. (Doc. No. 47.) Accordingly, IT IS HEREBY ORDERED THAT, by March 27, 2015, the parties shall submit a joint a letter informing the Court of the parties' contemplated next steps in this action.

SO ORDERED.

Dated:  March 19, 2015
     New York, New York

               _____
               RICHARD J. SULLIVAN
               UNITED STATES DISTRICT JUDGE